NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Randall D. Naiman, Esq. (#81048)
Naiman Law Group, PC
4660 La Jolla Village Drive, Suite 850
San Diego, CA 92122
(858) 224-6800 (telephone)
(858) 224-6801 (facsimile)

ATTORNEY(S) FOR: Movant, U.S. Bank Trust, et. al.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| U.S. Bank Trust, N.A., as Trustee for LSF8 Master Participation Trust<br><br>Plaintiff(s),<br>v.<br>Albert Dossman, Jr.; Cerise Dossman; and DOES 1 to 6, inclusive<br><br>Defendant(s) | CASE NUMBER:<br>2:14-cv-03412-JAK-RZ<br><br>CERTIFICATION AND NOTICE OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
|---|---|

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   U.S. Bank Trust, N.A., as Trustee for LSF8 Master Participation Trust
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| U.S. Bank Trust, N.A., as Trustee for LSF8 Master Participation Trust | Plaintiff is the new owner of, and entitled to immediate possession of, the real property at issue in the above-referenced case. |
| Albert Dossman, Jr. | Defendant Albert Dossman, Jr. is the former owner of the real property at issue in the above-referenced case. |
| Cerise Dossman | Defendant Cerise Dossman is the former owner of the real property at issue in the above-referenced case. |

June 12, 2014
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF8 Master Parti

CV-30 (05/13)                NOTICE OF INTERESTED PARTIES